Magistrate Judge Strombom

FILED _____ LODGED
_____ RECEIVED
AUG 04 2008
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                        BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE/TACOMA

UNITED STATES OF AMERICA,  ) NO. MJ 08-5158
    Plaintiff,  )
  v.  ) MOTION FOR DETENTION ORDER
LAWRENCE WILLIAMS,  )
    Defendant.  )

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f)

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves (check all that apply):

  ___ Crime of violence (18 U.S.C. § 3156)

  ___ Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

  ___ Crime with a maximum sentence of life imprisonment or death

  _X_ Drug offense with a maximum sentence of ten years or more

  ___ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

  ___ Felony offense involving a minor victim other than a crime of violence

| | | |
|---|---|---|
| 1 | ___ | Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon |
| 2 | | |
| 3 | ___ | Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250) |
| 4 | | |
| 5 | _X_ | Serious risk the defendant will flee |
| 6 | ___ | Serious risk of obstruction of justice, including intimidation of a prospective witness or juror |

7    2.    <u>Reason for Detention</u>.  The Court should detain defendant because there are

8 no conditions of release which will reasonably assure (check one or both):

9        ___   Defendant's appearance as required

10      _X_   Safety of any other person and the community

11    3.    <u>Rebuttable Presumption</u>.  The United States will not invoke the rebuttable

12 presumption against defendant under § 3142(e). The presumption applies because:

13      ___   Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release.

14

15      _X_   Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

16

17      ___   Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C. §§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

18

19      ___   Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

20

21 //

22 //

23 //

24 //

25 //

26

27

28

MOTION FOR DETENTION HEARING/WILLIAMS

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1      4.     <u>Time for Detention Hearing</u>. The United States requests the Court conduct
the detention hearing:

    <u>X</u>     At the initial appearance

    _     After continuance of <u>3</u> days (not more than 3)

5.     <u>Other matters</u>.

DATED this 4th day of August, 2008.

                                                 Respectfully submitted,

                                                 JEFFREY C. SULLIVAN
                                                 United States Attorney

                                                 *[signature]*, For

                                                 JILL OTAKE
                                                 Assistant United States Attorney

MOTION FOR DETENTION HEARING/WILLIAMS

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970