Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

AUGUST 21, 2008

BRUCE RIFKIN, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR08 5601 BHS |
| Plaintiff, | |
| v. | INDICTMENT |
| LAWRENCE WILLIAMS, | |
| Defendant. | |

08-CR-05601-INDI

The Grand Jury charges that:

### COUNT 1
(Conspiracy to Distribute Cocaine Base)

Beginning at a time unknown, but within the last five years and continuing until on or about July 31, 2008, in Puyallup, within the Western District of Washington, and elsewhere, LAWRENCE WILLIAMS, and other persons, known and unknown, knowingly and intentionally did conspire to distribute cocaine base in the form of crack cocaine, a substance controlled under Schedule II, Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense involved five grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine.

//

//

INDICTMENT/LAWRENCE WILLIAMS - 1

1  All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B),
2  and 846.
3
4                                    A TRUE BILL:
5
6                                    DATED:
7
8                                    *(Signature of Foreperson redacted pursuant to the policy of the Judicial Conference.)*
9
                                     _____
10                                   FOREPERSON
11
12  _____
13  JEFFREY C. SULLIVAN
    United States Attorney
14
15
16  _____
    TODD GREENBERG
17  Assistant United States Attorney
18  _____
19  BRUCE F. MIYAKE
    Assistant United States Attorney
20
21  _____
22  JILL OTAKE
    Assistant United States Attorney
23
24
25
26
27
28

INDICTMENT/LAWRENCE WILLIAMS - 2