**DEFENDANT STATUS SHEET** (One for _each_ defendant)

I. CASE STATUS

NAME OF DEFENDANT  Lawrence Williams                       USAO#  2008R00922

_x_/ MAGISTRATE'S NO _____       _/ DOCKET NO. (If Superseding Indictment) CR _____

*************************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?   _x_/ yes   _/ no
IF YES:
    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
\*\*\*   _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____ _____ _____.
    _x_/ A DETENTION ORDER HAS BEEN ENTERED.
    \*\*\*  _/ TEMPORARY DETENTION
    \*\*\*  _x_/ PERMANENT DETENTION
    _/    IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
           (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
    _/ SERVING A FEDERAL SENTENCE AT _____
    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.
    _/ PENDING STATE CHARGES AT _____.

*************************************************************************************

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
                                     (Date)
    DEFENDANT'S ADDRESS: _____
_x_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                                    (Date)
    DEFENSE ATTORNEY'S NAME:  Zenon Olbertz
    DEFENSE ATTORNEY'S ADDRESS: _____

08-CR-05601-STMT

IV. CON

_/ NOT PREVIOUSLY SET, SHOULD BE: _____
                             [e.g., P.R.; BAIL (listing conditions); DETENTION]
_x_/ PREVIOUSLY SET, SHOULD BE:
    _/ CONTINUE CONDITIONS OF RELEASE
    _x_/ CONTINUE DETENTION
    _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*************************************************************************************

HAS THE FPD represented any subject or witness in this case?   _x_/ Yes   _/ No

THE ESTIMATED TRIAL TIME IS  5   TRIAL DAYS.     August 14, 2008
                                       (Date Form filled out)

(Revised June 2000)