THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR08-5601BHS |
| Plaintiff, | ) | |
| vs. | ) | AGREED ORDER EXTENDING |
| LAWRENCE WILLIAMS, | ) | PRETRIAL MOTIONS CUTOFF DATE |
| Defendant. | ) | |

Before this Court is the defendant's motion to extend the pretrial motions cutoff date in this matter, which is presently scheduled for October 2, 2008. Discovery is not yet complete in this case, and it is anticipated that further discovery will be generated with the Indictment of an additional defendant. Therefore counsel requires more time to become familiar with this case in order to effectively prepare for pretrial motions. The government has been contacted and has no objection to the proposed extension of time to file pretrial motions. Trial is presently scheduled in this matter for October 28, 2008.

The Court finds, after a consideration of all relevant information and the circumstances of this case, that defendant's motion for extension of time to file pretrial motions should be granted. The pretrial motions cutoff date, presently scheduled for October 2, 2008 is VACATED.

\*\*\*

AGREED ORDER EXTENDING PRETRIAL MOTIONS
CUTOFF DATE - 1

Law Office of Zenon Peter Olbertz
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-9967/Fax: (253) 572-1441

1  The pretrial motions cutoff date shall be RESCHEDULED TO October 9, 2008.

2      IT IS SO ORDERED.

3      DONE this 8th day of October, 2008.

_____

BENJAMIN H. SETTLE
United States District Judge

Presented by:

LAW OFFICE OF
ZENON PETER OLBERTZ
Attorney for Defendant

     /s/

By: _____
    Zenon P. Olbertz
    WSB #6080

UNITED STATES ATTORNEY'S OFFICE

     Approved Telephonically: 10/01/2008

By: _____
    Bruce F. Miyake
    Assistant U.S. Attorney

AGREED ORDER EXTENDING PRETRIAL MOTIONS
CUTOFF DATE - 2