Federal Detention Center
P.O. Box 13900
Seattle, Wa 98198

June 29, 2009

The Honorable Judge Benjamin H. Settle
United States District Courthouse of
the Western District at Tacoma
1717 Pacific Ave.
Tacoma, Wa 98402

Dear Honorable Judge Settle:

Your Honor, I am writing you concerning (NO CR08-560-1BHS) a Plea Agreement I accepted on April 13, 2009, in your Honors' courtroom. However, at this date (Jun 29), it is my opinion the contract between myself and the United States Attorney's Office has been breached. In addition, I was "induced" into the Plea of Guilty.

On page 7, Subheading 11, Recommendation, line 24, to 26 reads

"United States Attorney's Office also agrees not to take any steps to prohibit Defendant from having contact with B.B after Defendant has pled guilty and this Court accepts the plea in this Matter."

Also in your courtroom during the plea agreement process, you directly asked, Bruce Miyake, Assistant United States Attorney who was "BB" and to my best re-call, Mr. Miyake said that BB was a witness and Confidential Informant in my case. Mr Miyake went on to say the "he was emailing the "Legal Representative" at the FDC to remove the blocks( Communication blocks, Email, Phone, and United States Postal Mail) It was said also that Ms Barbara Boardman was no longer considered a witness.

Since entering into the Plea of Guilty, Mr. Bruce Miyake and Ms. Jill Otake, Assistant United States Attorneys (AUSA) failed to keep their promise by not adhering to elements within their contract to me.

The AUSAs did not uplift any blocks infact, Mr. Miyake sent a minipulative email to Margaret Ogden at the FDC stating that removing the blocks was "the final decision is yours". Also, the phone block is still present. I was told by Counselor Drinkard, "the BOP is another agency and will not honor the AUSA or a Judge's Order." I was taken back that BOP dosen't need to adhere to elements within my Plea Agreement. However, the on set of the "Communication Block" was placed on me by Jill Otake AUSA on Nov 11th 08. Furthermore, I was induced into the plea.

From the statt of my criminal arrest, the AUSAs, Jill Otake &

3

Bruce Miyake have "known" the level of my relationship to my soon to be wife. BB. I could "only" have communication with BB if I plea Guilty. Also, I did not want her to suffer any longer. Next, I am very disappointed with the legal representation.

If it was true that BOP dosen't need to honor a Federal Judge's Order or the AUSA, I should have been informed by either the AUSA or my lawyer (Peter Oberts). The manipulation continues.

The AUSA arrested BB after we applied for marriage, this is injustice...

Your Honor, I plea to many years in prison to have communication with my love one. I plea to a mandatory of 5 years for less than 5 grams of crack cocain. I

realize the weight of the cocain base unknow as crack cocain was weigh by the DEA lab and it was not 5 grams. infact, the weight was below, far below, 5 grams. for a 5 year mandatory.

This is injustice and the result is that legal trickery have been done by the AUSAs. I have been induced by lies within your court room by the AUSA.

Enclosed is a copy of Mr. Miyakes email to BOP. I would like to motion the Court with this letter to have a Status Hearing or any form of a legal Hearing to provide the court this information while on recourd.

Thank you.

Lawrence Williams

Enclosure 1

## Zenon

| | |
|---|---|
| From: | Miyake, Bruce (USAWAW) [Bruce.Miyake@usdoj.gov] |
| Sent: | Monday, April 27, 2009 3:51 PM |
| To: | Ogden, Margaret (BOP) |
| Cc: | Zenon |
| Subject: | Lawrence Williams |

*FILED / RECEIVED / LODGED — JUL 0 1 2009 — CLERK U.S. DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT TACOMA — DEPUTY*

Maggie

　　I am writing you about Lawrence Williams. He pled guilty and in the plea agreement the government agreed we would not stop him from having contact with Barbara Boardman. Of course, the final decision is yours. I received an email from Susan Black stating that they will not allow the contact.

Could you please revisit and perhaps allow them to have email / phone contact.

Thanks

Bruce Miyake

4/28/2009