

**08-CR-05601-ORD**

1
2
3
4
5
6
7

8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

UNITED STATES OF AMERICA,

11                    Plaintiff,                    CASE NO. CR08-5601BHS

12        v.

13   LAWRENCE WILLIAMS,                    ORDER DENYING MOTION
                                           FOR CONTINUANCE
14                    Defendant.

15

16        This matter comes before the Court on Defendant Lawrence Williams's

17   ("Williams") motion for continuance (Dkt. 189). The Court has considered the pleadings

18   filed in support of and in opposition to the motion and the remainder of the file and

19   hereby denies the motion for the reasons stated herein.

20        Williams was convicted by a jury of both counts of the Government's Second

21   Superceding Indictment for possession of crack cocaine in violation of 21 U.S.C.

22   § 841(a)(1) and tampering with a witness in violation of 18 U.S.C. § 1512(b)(1). *See*

23   Dkts. 41 and 163. Williams has a sentencing hearing scheduled for July 12, 2010, before

24   this Court. He seeks a continuance of this sentencing hearing "until Congress enacts a

25   new minimum mandatory sentence for crack cocaine violations." Dkt. 189 at 5. While

26   the Government does not dispute that there are bills pending in Congress that, if passed,

27   may affect sentencing for a violation of § 841, it opposes Williams's motion for an

28

ORDER – 1

1   indefinite continuance.  Dkt. 190.  While Congress may or may not enact new legislation

2   regarding crack cocaine violations, the Court concludes that Williams's sentencing should

3   not be continued indefinitely to await such a possibility.

4       Therefore, it is hereby **ORDERED** that Williams's motion for continuance (Dkt.

5   189) is **DENIED**.

6       DATED this 1st day of July, 2010.

7

8

9   BENJAMIN H. SETTLE
   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER – 2