UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-5601BHS |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| vs. | ) | DEFENSE MOTION TO AMEND |
| | ) | JUDGMENT AND SENTENCE |
| LAWRENCE WILLIAMS, | ) | |
| Defendant. | ) | |

This matter came before the Court for consideration of Defendant's Motion to Amend Judgment and Sentence. Dkt. 205.

The Court, having reviewed the unopposed motion, declaration of counsel in support and proof of Defendant's legal name change, finds that the judgment entered on August 23, 2010 (Dkt. 204) should be amended to reflect the Defendant's legal name.

Now, therefore it is hereby ordered that counsel for the United States of America will prepare an amended judgment and sentence to reflect the Defendant's name as follows: Mikaeel Youf Azeem, a.k.a. Lawrence Williams.

DONE this 24th day of September 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER