Case 3:08-cr-05601-BHS Document 262 Filed 12/16/14 Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

United States of America
v.

Mikaeel Youf Azeem
a/k/a Lawrence Williams

Case No: CR08-5601BHS

USM No: 38669-086

Date of Original Judgment: 11/02/10
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Miriam Schwartz
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____108____ months **is reduced to** ____Time served____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____11/02/2010____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12/16/14

*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

The Honorable Benjamin H. Settle, U.S. District Judge
*Printed name and title*